# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLINDA CONTRERAS DE RAMOS,<br><br>          Petitioner,<br><br>     v.<br><br>JOHN MORTON, Director, U.S. Immigration and Customs Enforcement, *et al.*,<br><br>          Respondents. | Case No. SA CV 11-1659 PA (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted; and
2. Judgment be entered denying the Petition and dismissing this action as moot.

DATED: December 21, 2011

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE