# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRERAS DE RAMOS,<br><br>Petitioner,<br><br>v.<br><br>JOHN MORTON, Director, U.S. Immigration and Customs Enforcement, *et al.*,<br><br>Respondents. | Case No. SA CV 11-1659 PA (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED AS MOOT** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 21, 2011

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE